FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0336

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0336

CITY OF GREAT FALLS,

      Plaintiff and Appellee,

  v.

CODY JAMES SNIDER,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 14, 2020, within which to prepare, serve, and file its response brief.

**JK**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 10 2020